UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V.

CA 06 497
C.A. NO. 2006-

KENNETH VINACCO

## COMPLAINT

1. Plaintiff Ronald R. Rushton ("Rushton") is a resident of the City of Providence, County of Providence, State of Rhode Island.

2. Defendant Kenneth Vinacco ("Vinacco") at all times mentioned herein was and is an employee of the City of Providence, State of Rhode Island, namely a police officer of the City of Providence with the rank of Sergeant.

3. At all times mentioned herein, Vinacco acted under color of law as an officer of the Providence Police Department.

4. On December 11, 2004, Rushton was involved in an altercation with another person on Richmond Street in the City of Providence.

5. As a result of this altercation, Rushton was lawfully placed under arrest by an officer or officers of the Providence Police Department.

6. At all times mentioned herein, Rushton fully cooperated with the demands and directives of the officer or officers of the Providence Police Department and offered no resistance.

7. During the process of making this arrest, Rushton was placed against the wall of a nearby building, facing the wall, by an officer or officers of the Providence Police Department.

8. After being placed against the wall as stated in paragraph 7, Vinacco, while exercising authority as a police officer of the City of Providence, ordered Rushton to get onto the ground.

9. Rushton cooperated with Vinacco's orders to get down on the ground and offered no resistance.

10. While ordering Rushton to get down on the ground, Vinacco simultaneously struck Rushton with his baton in the back and on Rushton's arms and hands.

11. One or more of the blows Vinacco dealt with the baton to Rushton's arms and hands caused personal injuries to Rushton, namely two broken bones in his left hand.

12. When striking Rushton as described in paragraphs 10 and 11, Vinacco utilized objectively unnecessary and unreasonable force in making an arrest or in detaining a person under the circumstances, in violation of Rushton's right to be free from unreasonable searches and seizures as guaranteed by the Fourth and Fourteenth Amendments of the United States Constitution.

13. Due to Vinacco's violation of Rushton's constitutional rights as set forth above, Rushton, who at all times exercised due care, did not resist arrest, and cooperated with all demands and directives of the arresting and/or detaining police officer or officers, sustained personal injuries to his left hand, some of which injuries may be permanent. Rushton has undergone and will continue to undergo pain and suffering of body and mind, incurred and may incur in the future expenses for medical care and hospitalization, and was otherwise injured and damnified.

14. As a result of the altercation mentioned in paragraph 4 above, Rushton was charged by the City of Providence with disorderly conduct in violation of city ordinances. On December 30, 2004, the Providence Municipal Court dismissed this charge against Rushton.

WHEREFORE, Plaintiff Ronald R. Rushton demands judgment against the Defendant Kenneth Vinacco for monetary damages pursuant to 42 U.S.C. § 1983, plus reasonable attorneys fees pursuant to 42 U.S.C. § 1988, plus interest and costs of suit.

Ronald R. Rushton,
by his attorney,

Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

Plaintiff demands trial by jury.

Kelly M. Fracassa #3699