MJC:lml \pleading\VinaccoAnswer

UNITED STATES DISTRICT COURT

District of Rhode Island

| | | |
|---|---|---|
| RONALD R. RUSHTON | : | |
| | : | |
| V. | : | C.A. No. 06-497L |
| | : | |
| KENNETH J. VINACCO | : | |

**ANSWER OF DEFENDANT, KENNETH J. VINACCO**

1. Neither admitted nor denied.
2. Admitted.
3. Admitted.
4. Unknown and denied.
5. Neither admitted nor denied.
6. Unknown and denied.
7. Unknown and denied.
8. Unknown and denied.
9. Unknown and denied.
10. Unknown and denied.
11. Unknown and denied.
12. Denied.
13. Denied.
14. Unknown and denied.

**WHEREFORE**, defendant demands judgment against the plaintiff.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

1. Defendant pleads qualified immunity.

2. Defendant pleads assumption of the risk.

Defendant, Kenneth J. Vinacco, hereby demands a trial by jury.

DEFENDANT, KENNETH J. VINACCO
By Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

CERTIFICATION

I certify that I sent a true copy of the within on to:

Kelly M. Fracassa
96 Franklin Street
Westerly, RI 02891

/s/ Michael J. Colucci