MJC:lml \pleading\VinaccoEntry

UNITED STATES DISTRICT COURT

District of Rhode Island

RONALD R. RUSHTON :
:
V. : C.A. No. 06-497L
:
KENNETH J. VINACCO :

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant in the above captioned matter.

DEFENDANT,
By Attorney,

/s/ Michael J. Colucci

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Kelly M. Fracassa
96 Franklin Street
Westerly, RI 02891

/s/ Michael J. Colucci