AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

**CA 06 497ML**

Ronald R. Rushton

V.

Kenneth J. Vinacco

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2006- 497

TO: (Name and address of Defendant)

Kenneth J. Vinacco, c/o Human Resource Bureau, 325 Washington St., Providence, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelly M. Fracassa, 96 Franklin Street, Westerly RI 02891

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/16/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11-27-06 |
| NAME OF SERVER (PRINT) MICHAEL CAIRES | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Human Resources Dept. Providence Police, R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 45. | 45. | $90. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-27-06
Date

[signature]
Signature of Server

118 [illegible] Coventry, R.I. 02816
Address of Server

RECEIVED
PROVIDENCE POLICE DEPT
HUMAN RESOURCES BUREAU
2006 NOV 27 AM 9:46

FILED
2006 DEC -4 A 10:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.