MJC:ljc 95377 \pleading\95377DismStipUS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD R. RUSHTON | : | |
| | : | |
| VS. | : | C.A. NO. 06-497L |
| | : | |
| KENNETH VINACCO | : | |

**DISMISSAL STIPULATION**

Plaintiff's claims are dismissed with prejudice, no interest, no costs, no fees.

/s/ Kelly M. Fracassa, Esq.
Kelly M. Fracassa, Esq. #3699
**Attorney for Plaintiff**
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly, RI 02891-0933
PHONE: (401) 596-0321
FAX: (401) 348-1090

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: April 30, 2007